UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA v. **Leonard Niimoi**  USMS #28349-050

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Leonard Niimoi, FBI# 872683EB7,** ▄▄▄▄▄▄▄▄▄▄, is now confined in Ray Brook Federal Correction Institution.

2. **Leonard Niimoi, FBI# 872683EB7,** ▄▄▄▄▄▄▄▄▄, will be required at the United States District Court before the Honorable William H. Walls on Monday, November 8, 2010, at 9:30 a.m. for a 18 U.S.C. 2255 Motion hearing, in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  September 28, 2010

Andrew Carey
Assistant United States Attorney
Petitioner / 973-645-2738


ORDER FOR WRIT:  Let the Writ Issue.

DATED:

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE


WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Ray Brook Federal Correction Institution.

We Command You that you have the body of **Leonard Niimoi** now confined in Ray Brook Federal Correction Institution, brought to the United States District Court before the Honorable William H. Walls, Newark, New Jersey on Monday, November 8, 2010 at 9:30 a.m., for a 18 U.S.C 2255 Motion hearing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls,
United States District Judge at Newark, N.J.

DATED: October 1, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:

Deputy Clerk